TRINA A. HIGGINS, United States Attorney (#7349)
MARK K. VINCENT, Assistant United States Attorney (#5357)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

FILED US District Court-UT
JAN 11 '23 PM12:12

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RODNEY WAYNE AUSTIN, Defendant. Case: 2:23-cr-00008 Assigned To : Parrish, Jill N. Assign. Date : 1/10/2023 | INDICTMENT VIOLATIONS: Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition; Count II: 21 U.S.C.§ 841(a)(1), Possession of Methamphetamine with Intent to Distribute; and Count III: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime. |

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about January 3, 2023, in the District of Utah,

**RODNEY WAYNE AUSTIN,**

1

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Smith & Wesson M&P .45 caliber handgun and associated ammunition, which said firearm and ammunition were in and affecting interstate commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about January 3, 2023, in the District of Utah,

**RODNEY WAYNE AUSTIN,**

defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT III
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about January 3, 2023, in the District of Utah,

**RODNEY WAYNE AUSTIN,**

defendant herein, did knowingly carry a firearm during and in relation to the drug trafficking crimes alleged in Count II of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of any offense alleged herein in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- Smith & Wesson M&P .45 caliber semi-automatic pistol; and
- Any associated ammunition, magazines, or holsters.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY


TRINA A. HIGGINS
United States Attorney

_____
MARK K. VINCENT
Assistant United States Attorney